IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**UNITED STATES OF AMERICA**                                          **PLAINTIFF**

v.        Civil No. 10-50110-004

**NOE TORRES CAVILLO**                                                **DEFENDANT**

## ORDER

Now, on this 8th day of February, 2012, the above referenced matter comes on for consideration of the **Magistrate Judge's Report and Recommendation (Doc. #171)** filed herein on December 19, 2011, by the Honorable James Marschewski, United States Magistrate Judge for the Western District of Arkansas. The parties have waived their right to file objections to the Report and Recommendation.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, the Court accepts the Defendant's guilty plea to knowingly and intentionally combine, conspire, confederate and agree with others known and unknown to the United States Government, to unlawfully distribute a controlled substance, namely, methamphetamine, a Schedule II controlled substance, in violation of Title 21 U.S.C. § 841(a)(1), all in violation of Title 21 U.S.C. § 846, and the Court tentatively approves the written plea agreement, subject to final approval at

sentencing.

**IT IS SO ORDERED.**

                                                **/s/ Jimm Larry Hendren**
                                                **JIMM LARRY HENDREN**
                                                **UNITED STATES DISTRICT JUDGE**